UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RUDOLPH ARIAS, | ) | |
| Petitioner, | ) | No. CV 08-3602-AG (RCF) |
| v. | ) | JUDGMENT |
| M.S. EVANS, Warden, | ) | |
| Respondent. | ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the First Amended Petition is denied with prejudice.

DATED:  March 31, 2011

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE